**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERI L. MYRON,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CASE NO. 3:20cv1487-LAB-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME [Dkt. 5]** |

The parties have jointly moved for a 30-day extension of time for Defemdant United States of America to respond to the Complaint.  Dkt. 5. The additional time would allow the United States to collect and review relevant files from the Internal Revenue Service and to tailor its response accordingly. The Court finds good cause for the requested extension. The Motion is **GRANTED**. The United States' response to the Complaint must be filed on or before **November 4, 2020**.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_Larry A. Burns_

Hon. Larry Alan Burns
United States District Judge

- 1 -